No. 74–5291.   LACOUTURE v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 74–5292.   WEAVER v. CANNON, WARDEN.   C. A. 7th Cir.   Certiorari denied.

No. 74–5298.   JONES v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 74–5299.   MAGID v. UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 74–5303.   RESNICK v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 74–5308.   MILLER v. NELSON, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 74–5311.   SANTANA v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.

No. 74–5312.   KING v. MOORE.   C. A. 7th Cir.   Certiorari denied.

No. 74–5317.   RUIZ v. CALIFORNIA.   Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 74–5319.   LONG v. PORELLE, CORRECTIONAL SUPERINTENDENT.   C. A. 1st Cir.   Certiorari denied.

No. 74–5324.   ROGERS v. WASHINGTON.   Sup. Ct. Wash.   Certiorari denied.

No. 74–5326.   LEE v. HOPPER, WARDEN.   C. A. 5th Cir.   Certiorari denied.

No. 74–5335.   McCoy v. LaVALLEE, CORRECTIONAL SUPERINTENDENT.   C. A. 2d Cir.   Certiorari denied.